**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: Cynthia Cartwright : BK. No.: 15 – 10290 – mdc
 :
Debtor : 
 :

## PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CLAIM NUMBER 3

TO THE CLERK:

Kindly withdraw Debtor's Objection to Proof of Claim Number 3.

Respectfully Submitted:

Date: August 12, 2016  /s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire
Attorney for Debtor
7715 Crittenden Street, #360
Philadelphia, Pa. 19118
(215) 735 – 3377/(215) 827 – 5420 fax
Email: djpesq@gmail.com