B6C (Official Form 6C) (4/13)

In re **Cynthia Cartwright**,
Debtor

Case No. **15-10290**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ■ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Wells Fargo - Checking - 2849** | 11 U.S.C. § 522(d)(5) | 89.00 | 89.00 |
| **Household Goods and Furnishings** | | | |
| **Misc. Household furnishings** | 11 U.S.C. § 522(d)(3) | 5,000.00 | 5,000.00 |
| **Wearing Apparel** | | | |
| **Misc. Women's Clothing** | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Chrysler Sebring - 150,000** | 11 U.S.C. § 522(d)(2) | 1,575.00 | 1,575.00 |
| | Total: | **7,164.00** | **7,164.00** |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt