**In the United States Bankruptcy Court
For The Eastern District of Pennsylvania**

| | | |
|---|---|---|
| Re:  Cynthia Cartwright | : | Bk No.: 15 10290 – mdc |
| | : | |
| Debtor | : | Chapter 13 |

## ORDER

AND NOW this **3RD** day of **November**, 2016, upon review of Debtor's Motion to Reconsider Dismissal and any response thereto, it is hereby ORDERED and DECREED that said Motion for Reconsider Dismissal is GRANTED. This Court's order dated September 29, 2016 dismissing this case is hereby vacated.

_____
Magdeline D. Coleman, U.S. Bankruptcy Judge