United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-10290-mdc
Cynthia Devonne Cartwright                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 2                Date Rcvd: Nov 04, 2016
                              Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
```
db           +Cynthia Devonne Cartwright,    332 West 21st Street,    Chester, PA 19013-4918
13457063     +Atg Credit Llc (Original Creditor:Columb,    1043 W. Grandville,    Chicago, IL 60660-2152
13457064     +Comenity Bank/Mandee,    995 W 122nd Ave,    Westminster, CO 80234-3417
13678554      ECMC,    PO Box 16408,    St. Paul, MN   55116-0408
13457065     +Edfinancial Svcs,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
13457069    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage,    P.O. Box 619096,   Dallas, TX   75261-9741)
13487256     +Nationstar Mortgage LLC,    P.O. Box 619094,    Dallas, TX 75261-9094
13457070     +Rjm Acq Llc (Original Creditor:Td/Commer,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13491171     +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13457071     +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13457072     +Xerox Soluti (Original Creditor:04 Phila,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Nov 05 2016 01:57:48     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 05 2016 01:57:34     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13457066     +E-mail/Text: bknotice@erccollections.com Nov 05 2016 01:57:24
              Enhanced Recovery Co L (Original Credito,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13457067      E-mail/Text: cio.bncmail@irs.gov Nov 05 2016 01:56:42     Internal Revenue Service,
              Philadelphia, PA 19255
13465317      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 05 2016 01:57:27     Jefferson Capital Systems LLC,
              Po Box 7999,    Saint Cloud Mn 56302-9617
13457068     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 05 2016 01:57:20
              Midland Funding (Original Creditor:Veriz,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13485782      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 05 2016 01:57:04
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg PA 17128-0946
                                                                                               TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
cr*           ECMC,    PO Box 16408,    St. Paul, MN   55116-0408
13716628*     ECMC,    PO Box 16408,    St. Paul, MN   55116-0408
13773038*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage LLC,    P.O. Box 619096,   Dallas, TX 75261-9741)
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DEMETRIUS J. PARRISH    on behalf of Debtor Cynthia Devonne Cartwright djp711@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: JeanetteG            Page 2 of 2             Date Rcvd: Nov 04, 2016
                              Form ID: pdf900            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 6

**In the United States Bankruptcy Court
For The Eastern District of Pennsylvania**

Re:  Cynthia Cartwright         :    Bk No.: 15 10290 – mdc
                                :
        Debtor                  :    Chapter 13

### ORDER

AND NOW this  3RD  day of  November  , 2016, upon review of Debtor's Motion to Reconsider Dismissal and any response thereto, it is hereby ORDERED and DECREED that said Motion for Reconsider Dismissal is GRANTED.  This Court's order dated September 29, 2016 dismissing this case is hereby vacated.

_____
Magdeline D. Coleman, U.S. Bankruptcy Judge