**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Cynthia Devonne Cartwright<br>      Debtor(s) | CHAPTER 13<br><br>BKY. NO. 15-10290 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2557

                              Respectfully submitted,

                              **/s/Thomas Puleo, Esquire**
                              Thomas Puleo, Esquire
                              Brian C. Nicholas, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 825-6306  FAX (215) 825-6406