## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CHAPTER 13
**CYNTHIA DEVONNE CARTWRIGHT**        :
                                      : BANKRUPTCY NO. **15-10290 MDC**
            Debtor (s)

## **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 2/23/2017 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

                                                        Respectfully submitted,

Date: January 23, 2017                                  /s/William C. Miller, Esquire
                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee
                                                        P.O. Box 1299
                                                        Philadelphia, PA  19105