*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Cynthia Devonne Cartwright
    Debtor(s)

Case No: 15–10290–mdc

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 2/23/17 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

127
Form 152