**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE:  Cynthia Cartwright                            :         Bk. No.: 13 - 20787 mdc
                                                              :         Chapter 13
                                                              :

**CERTIFICATE OF SERVICE**

    I, Demetrius J. Parrish, Jr., Counsel for Debtor, Cynthia Cartwright hereby certify that a true and correct copy of Debtor's Third Amended Chapter 13 Plan was forwarded to the following by First Class Mail or by electronic means:

WILLIAM C. MILLER
Chapter 13 Trustee
111 South Independence Mall
Suite 583
Philadelphia, PA 19106

U.S. Trustee
1833 Chestnut Street, Ste. 500
Philadelphia, Pa. 19107

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128-0946

Palisades Acquisition IX LLC
Vativ Recovery Solutions LLC, dba SMC
As Agent For Palisades Acquisition IX LL
PO Box 40728
Houston, TX 77240-0728

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Rjm Acquisitions Llc
575 Underhill Blvd, Suite 224
Syosset, NY 11791

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788

Kirkland, WA 98083-0788

Internal Revenue Service
Philadelphia, PA 19255

Edfinancial Services on behalf of ECMC
Educational Credit Management Corporatio
Lockbox 8682, P.O. Box 75848
St. Paul, MN 55175-0848

US Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

 LVNV Funding, LLC its successors and assigns as
assignee of MHC Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

 American InfoSource LP as agent for
DIRECTV, LLC
Mail Station N387
2230 E Imperial Hwy
El Segundo, CA 90245

Nationstar Mortgage LLC
Attn: Bankruptcy Department
350 Highland Drive
Lewisville, TX 75067

|  |  |
|---|---|
|  | Respectfully Submitted: |
| Date: November 3, 2016 | /s/ Demetrius J. Parrish, Jr. |
|  | Demetrius J. Parrish, Jr., Esquire |
|  | Attorney for Debtor |
|  | 7715 Crittenden Street, #360 |
|  | Philadelphia, Pa. 19118 |
|  | (215) 735 -3377/(215)827 - 5420f |
|  | Email: djpesq@gmail.com |