United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-10290-mdc
Cynthia Devonne Cartwright                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG          Page 1 of 2              Date Rcvd: Jan 23, 2017
                            Form ID: 152             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
```
db             +Cynthia Devonne Cartwright,    332 West 21st Street,     Chester, PA 19013-4918
13457063       +Atg Credit Llc (Original Creditor:Columb,    1043 W. Grandville,    Chicago, IL 60660-2152
13457064       +Comenity Bank/Mandee,    995 W 122nd Ave,    Westminster, CO 80234-3417
13678554        ECMC,    PO Box 16408,    St. Paul, MN   55116-0408
13457065       +Edfinancial Svcs,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
13457069      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     P.O. Box 619096,    Dallas, TX  75261-9741)
13487256       +Nationstar Mortgage LLC,    P.O. Box 619094,    Dallas, TX 75261-9094
13457070       +Rjm Acq Llc (Original Creditor:Td/Commer,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13491171       +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13457071       +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13457072       +Xerox Soluti (Original Creditor:04 Phila,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 24 2017 02:05:42      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2017 02:05:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13457066       +E-mail/Text: bknotice@erccollections.com Jan 24 2017 02:05:34
                 Enhanced Recovery Co L (Original Credito,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13457067        E-mail/Text: cio.bncmail@irs.gov Jan 24 2017 02:05:18      Internal Revenue Service,
                 Philadelphia, PA 19255
13465317        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 24 2017 02:05:37      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13457068       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 24 2017 02:05:32
                 Midland Funding (Original Creditor:Veriz,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13485782        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2017 02:05:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             ECMC,   PO Box 16408,    St. Paul, MN   55116-0408
13716628*       ECMC,   PO Box 16408,    St. Paul, MN   55116-0408
13773038*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     P.O. Box 619096,   Dallas, TX 75261-9741)
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DEMETRIUS J. PARRISH    on behalf of Debtor Cynthia Devonne Cartwright djp711@aol.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
```

```
District/off: 0313-2          User: JeanetteG            Page 2 of 2                  Date Rcvd: Jan 23, 2017
                              Form ID: 152               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                      TOTAL: 8

Case 15-10290-mdc    Doc 129    Filed 01/25/17    Entered 01/26/17 01:16:13    Desc
Imaged Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Cynthia Devonne Cartwright

    Debtor(s)

Case No: 15−10290−mdc

Chapter: 13

---

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 2/23/17 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

127
Form 152