# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cynthia Cartwright　　　　　　　　　　Docket: 15 - 10290 – mdc

　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

### Certificate of No Response

　　I, Demetrius J. Parrish, Jr., Esquire, counsel for debtor hereby certify that no answer has been served or filed in response to Counsel's Application for Compensation and an order granting the Application can now be entered in the above-captioned bankruptcy.

Date: April 21, 2017

　　　　　　　　　　　　　　　　　　　/s/ Demetrius J. Parrish, Jr.
　　　　　　　　　　　　　　　　　　　Demetrius J. Parrish, Jr., Esquire
　　　　　　　　　　　　　　　　　　　7715 Crittenden Street, #360
　　　　　　　　　　　　　　　　　　　Philadelphia, Pa. 19118
　　　　　　　　　　　　　　　　　　　(215) 735 - 3377/(215) 827 - 5420 fax
　　　　　　　　　　　　　　　　　　　Email: djpesq@gmail.com