# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE:** Cynthia Cartwright        :        BK. NO.: 15 - 10290 – mdc

## ORDER

AND NOW, this 26th day of April, 2017, upon review of Debtor's Counsel's Application for Compensation and any response thereto, it is hereby ORDERED and DECREED that said Application is GRANTED.

Trustee, William C. Miller shall pay $3,000.00 to Demetrius J. Parrish, Jr., Esquire as compensation in the above-captioned matter.

_Magdeline D. Coleman_

Magdeline D. Coleman, U.S. Bankruptcy Judge