*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Cynthia Devonne Cartwright
    Debtor(s)

Case No: 15−10290−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*re−scheduled\*
Motion for Relief from Co−Debtor Stay re: 332 West 21st Street, Chester, PA, 19013, in addition to Motion for Relief from Stay re: 332 West 21st Street, Chester, PA, 19013</i>. , Filed by NATIONSTAR MORTGAGE LLC Represented by REBECCA ANN SOLARZ (Counsel).

on: 9/7/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/23/17

Timothy B. McGrath
Clerk of Court