United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Cynthia Devonne Cartwright
    Debtor

Case No. 15-10290-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Eileen      Page 1 of 2      Date Rcvd: Aug 23, 2017
                      Form ID: 167      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
```
db              +Cynthia Devonne Cartwright,    332 West 21st Street,    Chester, PA 19013-4918
13457063        +Atg Credit Llc (Original Creditor:Columb,    1043 W. Grandville,    Chicago, IL 60660-2152
13457064        +Comenity Bank/Mandee,    995 W 122nd Ave,    Westminster, CO 80234-3417
13678554         ECMC,   PO Box 16408,    St. Paul, MN  55116-0408
13457065        +Edfinancial Svcs,   120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
13457069       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,     P.O. Box 619096,    Dallas, TX  75261-9741)
13487256        +Nationstar Mortgage LLC,    P.O. Box 619094,    Dallas, TX 75261-9094
13457070        +Rjm Acq Llc (Original Creditor:Td/Commer,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13491171        +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13457071        +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13457072        +Xerox Soluti (Original Creditor:04 Phila,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13457066        +E-mail/Text: bknotice@erccollections.com Aug 24 2017 01:32:09
                 Enhanced Recovery Co L (Original Credito,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13457067         E-mail/Text: cio.bncmail@irs.gov Aug 24 2017 01:31:50     Internal Revenue Service,
                 Philadelphia, PA 19255
13465317         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 24 2017 01:32:14     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13457068        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2017 01:32:07
                 Midland Funding (Original Creditor:Veriz,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13485782         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2017 01:32:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*              ECMC,   PO Box 16408,    St. Paul, MN  55116-0408
13716628*        ECMC,   PO Box 16408,    St. Paul, MN  55116-0408
13773038*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,     P.O. Box 619096,    Dallas, TX 75261-9741)
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DEMETRIUS J. PARRISH    on behalf of Debtor Cynthia Devonne Cartwright djpbkpa@gmail.com,
           djp711@aol.com;r60715@notify.bestcase.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          REBECCA ANN SOLARZ    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Eileen              Page 2 of 2            Date Rcvd: Aug 23, 2017
                              Form ID: 167              Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                     TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Cynthia Devonne Cartwright
    Debtor(s)

Case No: 15−10290−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*re−scheduled\*
Motion for Relief from Co−Debtor Stay re: 332 West 21st Street, Chester, PA, 19013, in addition to Motion for Relief from Stay re: 332 West 21st Street, Chester, PA, 19013</i>. , Filed by NATIONSTAR MORTGAGE LLC Represented by REBECCA ANN SOLARZ (Counsel).

on: 9/7/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 8/23/17

For The Court

Timothy B. McGrath
Clerk of Court