

**PENNSYLVANIA STATE EMPLOYEES CREDIT UNION**
P.O. BOX 67013
HARRISBURG, PA 17106-7013
**800.237.7328** • PSECU.COM

| | |
|---|---|
| Member Name: | CYNTHIA D CARTWRIGHT |
| Member Number: | 8230****** |
| Statement Period: | 07/01/17 to 07/31/17 |
| Page Number: | Regular 3 of 4 |

| Posting Date | Effective Date | Transaction Description | Transaction Amount | New Balance |
|---|---|---|---|---|
| 07/14 | | WAS SENT TO VERIZON | | |
| 07/14 | | Check 070703 | -493.00 | 326.32 |
| 07/15 | | Uncollected Fee Due since 07/10/17 - Overdraft EBP | -14.01 | 312.31 |
| 07/15 | | Uncollected Fee Due since 07/10/17 - Courtesy Pay fee | -30.00 | 282.31 |
| 07/15 | | Withdrawal POS #00285104 | -19.13 | 263.18 |
| 07/15 | | POS SAM & SAM MEATS 851 UPLAND AVE UPLAND | | |
| 07/15 | | PA | | |
| 07/15 | | Withdrawal POS #00294750 | -8.12 | 255.06 |
| 07/15 | | POS FAMILY DOLLAR #0781 855 UPLAND AVE | | |
| 07/15 | | CHESTER PA | | |
| 07/16 | | Withdrawal Check Card | -66.64 | 188.42 |
| | | 07/14 2469216632XM29HX5 4814 TMOBILE*POSTPAID FDP 800-937-8997 WA | | |
| 07/17 | | ATM INQ PNC BANK 4703 EDGEMONT AVE | | |
| 07/17 | | BROOKHAVEN PA | | |
| 07/17 | | Withdrawal at ATM #00007945/PM3548 | -80.00 | 108.42 |
| 07/17 | | ATM PNC BANK 4703 EDGEMONT AVE BROOKHAVEN | | |
| 07/17 | | PA | | |
| 07/18 | | Withdrawal ACH: CAPITAL ONE CARD | -25.00 | 83.42 |
| 07/18 | | TYPE: E-BILL CO: CAPITAL ONE CARD | | |
| 07/18 | | Withdrawal ACH: VERIZON | -65.00 | 18.42 |
| 07/18 | | TYPE: E-BILL CO: VERIZON | | |
| 07/20 | | Withdrawal POS #03496170 | -9.46 | 8.96 |
| 07/20 | | POS Wal-Mart Super Center 5881 WAL-SAMS | | |
| 07/20 | | SPRINGFIELD PA | | |
| 07/21 | | Check 000115 | -60.00 | -51.04 |
| 07/21 | | Courtesy Pay fee | 0.00 | -51.04 |
| 07/21 | | Uncollected Fee of $30.00 is Due | | |
| 07/25 | | Withdrawal ACH: MERRICK BANK | -45.00 | -96.04 |
| 07/25 | | TYPE: ONLINEPYMT ID: 9000002930 | | |
| 07/25 | | CO: MERRICK BANK | | |
| 07/25 | | Courtesy Pay fee | 0.00 | -96.04 |
| 07/25 | | Uncollected Fee of $30.00 is Due | | |
| 07/25 | | Withdrawal ACH: PROG SPECIALTY | -108.52 | -204.56 |
| 07/25 | | TYPE: INS PREM ID: 9409348088 | | |
| 07/25 | | DATA: BRANCH12DEBIT ACH | | |
| 07/25 | | CO: PROG SPECIALTY | | |
| 07/25 | | Courtesy Pay fee | 0.00 | -204.56 |
| 07/25 | | Uncollected Fee of $30.00 is Due | | |
| 07/28 | | Payment: ACH: IMA685-CHESTER H | 600.00 | 395.44 |
| 07/28 | | TYPE: PAYROLL ID: 10652421 | | |
| 07/28 | | DATA: 10652421 CO: IMA685-CHESTER H | | |
| 07/28 | | Payment: ACH: IMA685-CHESTER H | 706.53 | 1,101.97 |
| 07/28 | | TYPE: PAYROLL ID: 10652421 | | |
| 07/28 | | DATA: 10652421 CO: IMA685-CHESTER H | | |
| 07/28 | | ELECTRONIC BILL 0001 FOR $416.00 | | |
| 07/28 | | WAS SENT TO NATIONSTAR MORTG | | |
| 07/28 | | ELECTRONIC BILL 0005 FOR $25.00 | | |
| 07/28 | | WAS SENT TO CAPITAL ONE CARD | | |
| 07/28 | | ELECTRONIC BILL 0006 FOR $65.00 | | |
| 07/28 | | WAS SENT TO VERIZON | | |
| 07/28 | | ELECTRONIC BILL 0007 FOR $40.00 | | |
| 07/28 | | WAS SENT TO ADT SECURITY SER | | |
| 07/29 | | Uncollected Fee Due since 07/21/17 - Courtesy Pay fee | -30.00 | 1,071.97 |
| 07/29 | | Uncollected Fee Due since 07/25/17 - Courtesy Pay fee | -30.00 | 1,041.97 |
| 07/29 | | Uncollected Fee Due since 07/25/17 - Courtesy Pay fee | -30.00 | 1,011.97 |
| 07/29 | | Withdrawal at ATM #00006990/PM3858 | -140.00 | 871.97 |

*Handwritten annotation circling the two 07/28 entries for ELECTRONIC BILL 0001 FOR $416.00 / WAS SENT TO NATIONSTAR MORTG: "MORTGAGE PAYMENT FOR JULY".*

cartwright_cynthia@yahoo.com

**Click here to enable** desktop notifications for Gmail.

Gmail

Move to Inbox

M

COMPOSE

Inbox (40,991)
Important
Sent Mail
Drafts (323)
Spam (214)
Trash
Categories

Demetrius +

# ll Payer

Alerts have been generated on your account. CONTINUE

| No. | Payee | Last Pay / Date | Next |
|---|---|---|---|
| 04 | **Cynthia Cartwright**<br>BOSCOVS<br>5780976069018865<br>Electronic Payment | $42.00 on AUG 13 | $ 42.0 |
| 01 | **Cynthia Cartwright**<br>NATIONSTAR MORTG<br>0596712557<br>Electronic Payment | $416.00 on JUL 30 | $ 416.0 |

| No. | Payee | Last Pay / Date | Next |
|---|---|---|---|
| 03 | **Cynthia Cartwright**<br>WILLIAM C MILLER TRUSTEE<br>15-10290-MDC<br>Paper Payment | $493.00 on AUG 11 | $ 493.0 |
| 05 | **Cynthia**<br>CAPITAL ONE CARD<br>5480420284541669<br>Electronic Payment | $25.00 on AUG 13 | $ 25.0 |
| 02 | **Cynthia**<br>PECO<br>6469801002<br>Electronic Payment | $4.00 on AUG 13 | $ 4.00 |

Make a call

Also try our mobile apps for Android and iOS

