United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-10290-mdc
Cynthia Devonne Cartwright                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett           Page 1 of 1           Date Rcvd: Aug 16, 2018
                               Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
13773038       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,   P.O. Box 619096,   Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              DEMETRIUS J. PARRISH    on behalf of Creditor    NATIONSTAR MORTGAGE LLC djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              DEMETRIUS J. PARRISH    on behalf of Debtor Cynthia Devonne Cartwright djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-10290-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Cynthia Devonne Cartwright
332 West 21st Street
Chester PA 19013

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/15/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

U.S. Bank National Association et al
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/18/18

Tim McGrath
**CLERK OF THE COURT**