# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 15-10290-MDC

CYNTHIA DEVONNE CARTWRIGHT

332 WEST 21ST STREET

CHESTER, PA 19013

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CYNTHIA DEVONNE CARTWRIGHT

332 WEST 21ST STREET

CHESTER, PA 19013

Counsel for debtor(s), by electronic notice only.

DEMETRIUS J. PARRISH
7715 CRITTENDEN ST
SUITE 360
PHILADELPHIA, PA 19118-

Date: 3/9/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee