United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 15-10290-mdc
Cynthia Devonne Cartwright Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Apr 16, 2021      Form ID: 138NEW      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Devonne Cartwright, 332 West 21st Street, Chester, PA 19013-4918 |
| 13457063 | + | Atg Credit Llc (Original Creditor:Columb, 1043 W. Grandville, Chicago, IL 60660-2152 |
| 13678554 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 13457065 | + | Edfinancial Svcs, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 13457069 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, P.O. Box 619096, Dallas, TX 75261-9741 |
| 13487256 | + | Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9094 |
| 13457070 | + | Rjm Acq Llc (Original Creditor:Td/Commer, 575 Underhill Blvd Ste 2, Syosset, NY 11791-3426 |
| 14182184 | + | U.S. Bank National Association et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 13491171 | + | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 13457071 | + | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 13457072 | + | Xerox Soluti (Original Creditor:04 Phila, Pob 41818, Philadelphia, PA 19101-1818 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bncnotice@ph13trustee.com | Apr 17 2021 03:37:00 | WILLIAM C. MILLER, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13457064 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2021 03:32:00 | Comenity Bank/Mandee, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 13457066 | + | Email/Text: bknotice@ercbpo.com | Apr 17 2021 03:34:00 | Enhanced Recovery Co L (Original Credito, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13457067 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2021 03:32:00 | Internal Revenue Service, Philadelphia, PA 19255 |
| 13465317 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 17 2021 03:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13457068 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2021 03:34:00 | Midland Funding (Original Creditor:Veriz, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13485782 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 9

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 20 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 13716628 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 13773038 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| ANTONIO G. BONANNI | on behalf of Creditor U.S. Bank National Association et al c/o Rushmore Loan Management Services abonanni@hoflawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank National Association et al c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com  pfranz@hoflawgroup.com |
| DEMETRIUS J. PARRISH | on behalf of Creditor NATIONSTAR MORTGAGE LLC djpbkpa@gmail.com  djp711@aol.com;r60715@notify.bestcase.com |
| DEMETRIUS J. PARRISH | on behalf of Debtor Cynthia Devonne Cartwright djpbkpa@gmail.com  djp711@aol.com;r60715@notify.bestcase.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor NATIONSTAR MORTGAGE LLC Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Apr 16, 2021 Form ID: 138NEW Total Noticed: 20
TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Cynthia Devonne Cartwright
      Debtor(s)                                               Bankruptcy No: 15−10290−mdc
                                                                               Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                          For The Court
                                                                       Timothy B. McGrath
                                                                        Clerk of Court

Dated: 4/16/21

                                                                                               166 − 165
                                                                                               Form 138_new